UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

KEOSHA HENDERSON and
FELICIA CROSS,
on behalf of themselves and
all others similarly situated,

        Plaintiffs,

        v.                      Case No. 19-cv-1421

RUSS DARROW GROUP, INC.

        Defendant

**JOINT STIPULATION TO CERTIFY A COLLECTIVE ACTION PURSUANT TO SECTION 216(b) OF THE FLSA, AND TO CERTIFY CLASS COUNSEL AND THE NAMED PLAINTIFFS AS REPRESENTATIVES FOR THE CLASS**

The parties, by and through their counsel of record, submit this Joint Stipulation to Certify a Collective Action pursuant to 29 U.S.C. § 216(b). The parties further stipulate to an Order designating the Named Plaintiffs, Keosha Henderson and Felicia Cross, as representatives for the 29 U.S.C. 216(b) Collective Class ("Class Representatives") and an Order designating Walcheske & Luzi, LLC as class counsel for the 29 U.S.C. 216(b) Collective Class ("Class Counsel"). This stipulation is only entered into, and the class only certified, as a condition and for purposes of the settlement reached between the parties. The parties, through negotiation, reached a settlement in this case on July 22, 2020. In connection with this settlement, the parties agreed to stipulate to conditional certification of the proposed 29 U.S.C. § 216(b) Class, as defined below, for settlement purposes only.

# THE COLLECTIVE 29 U.S.C. § 216(b) CLASS

1. The parties stipulate to certify a Collective Action of the following class pursuant to 29 U.S.C. § 216(b); that class is defined as:

> **The FLSA Class**. All 11 current and former hourly paid, non-exempt Business Development Center Representatives employed by Defendant Russ Darrow Group, Inc., during the applicable limitations period who have not been compensated for all hours worked in excess of forty (40) hours in a workweek at the proper, correct, and/or lawful overtime rate of pay as a result of Defendant's alleged failure to properly classify said employees as non-exempt for overtime calculation purposes, and/or alleged failure to include all non-discretionary payments in the calculation of said employees' regular rate for overtime calculation purposes, who have consented to join this lawsuit pursuant to this Court's prior orders.

2. Named Plaintiffs Keosha Henderson and Felicia Cross are similarly situated to the potential class members in the class because they were employed as an hourly paid, non-exempt Business Development Center Representative at Defendant during the relevant statutory period and were subject to the same or substantially similar overtime classification and calculation policy as members of the potential putative collective. They have vigorously prosecuted the interests of the collective through qualified counsel, Walcheske & Luzi, LLC, and have adequately represented the class collective. They are appropriate Class Representatives.

3. Walcheske & Luzi, LLC is qualified, experienced, and generally able to conduct the litigation, and are appropriate Class Counsel.

4. On or more of Defendant's defenses are not individual to members of the Collective Class, rather they are applicable across the Collective Class;

5. Fairness and procedural considerations support proceeding as a Collective Class;

6. If the parties' proposed settlement is not finally approved by the Court, or the settlement is terminated or fails to become effective in accordance with the terms of the Settlement

Agreement & Release, this Stipulation and the Court's Order as to this Stipulation shall be vacated without further order of the Court and the parties will request new deadlines within which to complete class certification briefing.

Dated this 21st day of August 2020.

By: *s/ David M. Potteiger*
James A. Walcheske, State Bar No. 1065635
Scott S. Luzi, State Bar No. 1067405
David M. Potteiger, SBN 1067009
Walcheske & Luzi, LLC
15850 W. Bluemound Road, Suite 304
Brookfield, Wisconsin 53005
Telephone: (262) 780-1953
Email: jwalcheske@walcheskeluzi.com
Email: sluzi@walcheskeluzi.com
Email: dpotteiger@walcheskeluzi.com

*Attorneys for Plaintiffs*

By: *s/ Keith E. Kopplin*
Keith E. Kopplin, SBN 1044861
Suzanne M. Watson, SBN 1079803
Ogletree, Deakins, Nash, Smoak & Stewart, P.C.
Pabst Boiler House
1243 N. 10th Street, Suite 200
Milwaukee, WI 53205
Telephone: (414) 239-6400
Email: keith.kopplin@ogletree.com
Email: suzanne.watson@ogletree.com

*Attorneys for Defendant*

43921065.1