# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

KEOSHA HENDERSON and
FELICIA CROSS,

                Plaintiffs,

v.

RUSS DARROW GROUP, INC.,

                Defendant.

Case No. 19-CV-1421-JPS

**JUDGMENT**

**Decision by Court**. This action came on for consideration before the Court and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that the parties' joint stipulation to certify the collective action, for purposes of settlement, pursuant to 29 U.S.C. § 216(b) (Docket #40) be and the same is hereby **ADOPTED**;

**IT IS FURTHER ORDERED AND ADJUDGED** that the FLSA Collective is defined as follows (Docket #40 at 2):

> All 11 current and former hourly paid, non-exempt Business Development Center Representatives employed by Defendant Russ Darrow Group, Inc., during the applicable limitations period who have not been compensated for all hours worked in excess of forty (40) hours in a workweek at the proper, correct, and/or lawful overtime rate of pay as a result of Defendant's alleged failure to properly classify said employees as non-exempt for overtime calculation purposes, and/or alleged failure to include all non-discretionary payments in the calculation of said employees' regular rate

for overtime calculation purposes, who have consented to join this lawsuit pursuant to this Court's prior orders;

**IT IS FURTHER ORDERED AND ADJUDGED** that the parties' joint motion for approval of settlement (Docket #41) be and the same is hereby **GRANTED**; the parties' Settlement Agreement (Docket #41-1) be and the same is hereby **APPROVED** as a fair and reasonable resolution of a *bona fide* dispute under the FLSA;

**IT IS FURTHER ORDERED AND ADJUDGED** that Defendant's counsel are instructed to provide Class Counsel with settlement checks for the Eligible Members within fourteen (14) calendar days of this Order;

**IT IS FURTHER ORDERED AND ADJUDGED** that the parties' joint stipulation to designate Walcheski & Luzi, LLC as class counsel for the FLSA Collective (Docket #40) be and the same is hereby **ADOPTED**; the law firm of Walcheski & Luzi, LLC be and the same is hereby **APPOINTED** as Class Counsel of the FLSA Collective;

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiffs' motion for approval of attorneys' fees and costs in the amount of $39,501.64 (Docket #44) be and the same is hereby **GRANTED**;

**IT IS FURTHER ORDERED AND ADJUDGED** that the parties' joint stipulation to designate named plaintiffs Keosha Henderson and Felicia Cross as class representatives for the FLSA Collective (Docket #40) be and the same is hereby **ADOPTED**; Keosha Henderson and Felicia Cross be and the same are hereby **APPOINTED** as Class Representatives of the FLSA Collective;

**IT IS FURTHER ORDERED AND ADJUDGED** that Plaintiffs' unopposed motion for approval of their respective service awards, each in the amount of $2,500.00 (Docket #43) be and the same is hereby **GRANTED**;

**IT IS FURTHER ORDERED AND ADJUDGED** that the Eligible Members' released claims under the Fair Labor Standards Act and Wisconsin's Wage Payment and Collection Law be and the same are hereby **DISMISSED with prejudice**;

**IT IS FURTHER ORDERED AND ADJUDGED** that the Excluded Members' claims under the Fair Labor Standards Act and Wisconsin's

Wage Payment and Collection Laws be and the same are hereby **DISMISSED without prejudice**; and

**IT IS FURTHER ORDERED AND ADJUDGED** that this case be and the same is hereby **TERMINATED**.

APPROVED:

J.P. Stadtmueller
U.S. District Judge

GINA M. COLLETTI
Clerk of Court

March 16, 2021 *s/ Jodi L. Malek*
Date By: Deputy Clerk